IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | | |
|---|---|---|
| RENE SURRATT | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 1:16-CV-662-SS |
| | § | |
| THE TRAVELERS HOME AND | § | |
| MARINE INSURANCE COMPANY | § | |
| AND RICK LIMER | § | |
| | | |
| Defendant. | | |

## ORDER GRANTING MOTION TO REMAND

Before the Court is Plaintiff's Agreed Motion to Remand, filed July 22, 2016. Plaintiff indicates that this case should be remanded back to state court because this Court lacks subject matter jurisdiction under 28 U.S.C § 1332 (a). Plaintiff further indicates that Defendant Standard Guaranty Insurance Company has agreed to this request.

After reviewing the Motion, the Court is of the opinion that it should be **GRANTED.** Accordingly, the Court hereby **ORDERS** this case **REMANDED** to the 353RD Judicial District Court of Travis County, Texas.

SO ORDERED.

SIGNED: _____July 22_____, 2016

_____
U.S. DISTRICT JUDGE

Copies to:

**SPEIGHTS & WORRICH**
1350 North Loop 1604 East, Suite 104
San Antonio, TX 78232
(210) 495-6789 (Telephone)
(210) 495-6790 (Facsimile)
Jake S. Rogiers
Texas State Bar No. 24069066
jake@speightsfirm.com
**ATTORNEY FOR PLAINTIFF**

Robert F. Scheihing
ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
bscheihing@adamilaw.com
Telephone: (210) 344-0500
Telecopier: (210) 344-7228
**ATTORNEY FOR DEFENDANT**