UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED

AUG 0 3 2016

Clerk, U.S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

1:16CV662-SS    Remard

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRAVIS COUNTY DISTRICT CLERK
P. O. BOX 1748
AUSTIN, TX 78767

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

AUG 03 2016

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7013 1710 0002 1785 8906

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540